**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF(S) v. JOSEPH MANGIAPANE, JR. DEFENDANT(S). | CASE NUMBER 09-23 UNA  SA09-206 M  FILED 2009 MAY 20 AM 10: [illegible]  AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **INDICTMENT**
in the _____ District of **DELAWARE** on **5/12/09**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title **18** U.S.C., Section(s) **371**
to wit: **CONSPIRACY**

A warrant for defendant's arrest was issued by: **HON. LEONARD P. STAR, US MAG JUDGE**

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **5/20/2009**, by **DONNIE GARGANTUS**, Deputy Clerk.

_____    **PETE DIAZ**
Signature of Agent                Print Name of Agent

**DHS/ICE**                       **SPECIAL AGENT**
Agency                            Title

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT