Case 8:09-mj-00206-DUTY   Document 11   Filed 06/15/09   Page 1 of 1   Page ID #:15

Case 8:09-mj-00206-DUTY   Document 10   Filed 05/26/2009   Page 1 of 1



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

May 26, 2009

District Of  Delaware
J. Caleb Boggs Federal Bldg
844 North King Street, Wilmington, DE 19801-3519

Transfer of ☐ Criminal Case or ☑ Magistrate Case
Case No. SA09-00206 M          Case Title: USA v. Joseph Mangiapane, JR.

2009 JUN 15 PM 2:43  FILED  U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
☐ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☑ This is an electronically filed case and the documents are available through pacer
☑ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond     or     ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport     or     ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☑ Other Affidavit of Surety (No Justification) - NFPV

**Pursuant to ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
☐ This is an electronically filed case and the document are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**     ☐ Original Consent of defendant
☐ Original Passport     or     ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

> **Note: Documents filed on or after January 1, 2007 are available electronically through PACER.**
> Electronically filed documents can be retrieved by using your court's pacer account.

Sincerely,

Clerk, U.S. District Court

By  Rolls Royce Paschal
        Deputy Clerk

cc:   U.S. Attorney -Central District of California and Receiving District, Pretrial Services

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☐ CrimIntakeCourtDocs-LA@cacd.uscourts.gov     (Los Angeles Offices)
☐ CrimIntakeCourtDocs-RS@cacd.uscourts.gov     (Riverside Office)
☐ CrimIntakeCourtDocs-SA@cacd.uscourts.gov     (Santa Ana Office)

Case No: CR. 09-23-JJF-2

5/28/2009
Date

Clerk, U.S. District Court
By: _____
   Deputy Clerk

CR-48 (04/09)            LETTER RE: F.R.CR.P. 5, 20 and 21 - TRANSFER OUT